JANET BEACH, Respondent, *v.* ROCHESTER TRANSIT CORPORATION, Appellant.

Submitted April 11, 1950; decided May 18, 1950.

512

*George J. Nier* for appellant.

*George J. Skivington* and *Samuel Chikovsky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.